UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EMILY ROJAS                              JURY TRIAL DEMANDED

v.                                       CASE NO.  3:12 cv

AFNI, INC.

COMPLAINT

1. This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq.

2. This Court has jurisdiction. 15 U.S.C. §1692k and 28 U.S.C. §1331 and §1367.

3. Plaintiff is a natural person and a consumer within the FDCPA, who resides in Middletown Connecticut.

4. The Defendant is licensed as a Consumer Collection Agency by the State of Connecticut, Department of Banking.

5. Defendant has been a member of a collectors' trade organization, ACA International, since 1981.

6. The defendant is a "debt collector" as the term is defined in the FDCPA, because it uses the mails in efforts to collect personal accounts from consumers on behalf of third parties.

7. On May 8, 2012, defendant sent a letter to plaintiff with regard to her former personal DirecTV account.

8. The personal DirecTV account was beyond the six year statute of limitations.

9. Defendant's letter stated" The law limits how long you can be sued on a debt. Because of the age of your debt, we will not sue you for it. If you do not pay the debt we Afni, Inc., may continue to report it to the credit reporting agencies as unpaid."

10.     Afni reports to Equifax, TransUnion, and Experian.

11.     As of August 3, 2012, Afni did not appear on plaintiff's TransUnion report, either as an entry or as an inquiry.

12.     By law, Afni may not continue to report accounts which had been charged off or referred to collection more than seven years before the date of the report. 15 U.S.C. §1682c(a)(4).

13.     Afni had no reason to mention that it had or would harm plaintiff's credit report except as a means to intimidate plaintiff into paying a time-barred account.

WHEREFORE plaintiff respectfully requests this Court to:

   1.  Award plaintiff  such compensatory and punitive damages as are permitted by law, as well as $1,000 statutory  damages under the FDCPA.

   2.  Award the plaintiff costs of suit and a reasonable attorney's fee;

   3.  Award such other and further relief as law or equity may provide.

                              THE PLAINTIFF

                              *[signature: Joanne S. Faulkner]*

                              BY_____/s/ Joanne S. Faulkner___
                              JOANNE S. FAULKNER ct04137
                                      123 Avon Street
                                      New Haven, CT 06511-2422
                                      (203) 772-0395
                                      faulknerlawoffice@snet.net